

FILED

APR 11 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1 MCGREGOR W. SCOTT
United States Attorney
2 MATTHEW D. SEGAL
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2708

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )    CASE NO. MAG 06-105 DAD
                                    )
11                 Plaintiff,       )
                                    )    STIPULATION AND ORDER TO
12      v.                          )    EXTEND TIME FOR PRELIMINARY
                                    )    EXAMINATION AND EXCLUDE TIME
13                                  )
   DONALD "MITCH" SHIVELY,          )
14                                  )
                   Defendant.       )
15 _____  )

16      The parties agree that time beginning April 11, 2006 and
17 extending through May 26, 2006 should be excluded from the
18 calculation of time under the Speedy Trial Act.  Further, the
19 Defendant consents to an extension of the time for preliminary
20 examination until May 26, 2006.  Fed. R. Crim. P. 5.1(d).  The
21 parties submit that the ends of justice are served by the Court
22 excluding such time, so that they may have reasonable time
23 necessary for effective preparation, taking into account the
24 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
25 particular, the time is required so that the government and
26 defense may study the facts of this case and consider a possible
27 pre-indictment resolution.  To that end, the United States plans
28 to make paper and electronic discovery available pre-indictment,

                                1

1  and the Defendant will require sufficient time to evaluate those
2  materials.   The parties submit that this interest of justice
3  outweighs the interest of the public and the Defendant in a
4  speedy filing of an indictment or information, in accordance with
5  Title 18, United States Code, § 3161(b) and (h)(8)(A), and
6  further that this good cause outweighs the public's interest in
7  the prompt disposition of criminal cases, in accordance with Fed.
8  R. Crim. P. 5(d).

9

10                                          Respectfully Submitted,

11                                          McGREGOR W. SCOTT
                                            United States Attorney
12

13
    DATE: April 11, 2006            By:    /s/ Matt Segal
14                                          MATTHEW D. SEGAL
                                            Assistant U.S. Attorney
15

16                                          _____
    DATE: April 11, 2006
17                                          DENNIS S. WAKS
                                            Counsel for Donald "Mitch"
18                                          Shively

19

20  DATE: April 11, 2006
                                            DONALD "MITCH" SHIVELY
21                                          Defendant

22

23
    **SO ORDERED.**
24

25
    _____
26  HON. DALE A. DROZD
    U.S. Magistrate Judge
27

28

                                        2