UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
April 11, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 06-0105 DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| DONALD MITCH SHIVELEY, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DONALD MITCH SHIVELEY , Case No.

MAG 06-0105 DAD , Charge  18 USC § 1341 , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

   X    Release on Personal Recognizance

   __   Bail Posted in the Sum of $_____

         __   Unsecured Appearance Bond $_____

         __   Appearance Bond with 10% Deposit

         __   Appearance Bond with Surety

         __   Corporate Surety Bail Bond

   X    (Other)   _Pretrial Services Supervision_
         _with various conditions as stated._

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 11, 2006  at  2:45  .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal